# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SETH GYAMFI, | ) | CASE NO. EDCV 08-01154 PSG (SS) |
| Petitioner, | ) | **ORDER ADOPTING FINDINGS,** |
| v. | ) | **CONCLUSIONS, AND RECOMMENDATIONS OF** |
| DEBRA DEXTER, | ) | **UNITED STATES MAGISTRATE JUDGE** |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been filed. Accordingly, the Court adopts the findings, conclusions, and recommendations of the Magistrate Judge.

**IT IS ORDERED** that Judgment shall be entered dismissing this action with prejudice.

\\
\\
\\

1    **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and
2 the Judgment herein on Petitioner and counsel for Respondent.

4    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

6 DATED: December 3, 2008

_____
                        PHILIP S. GUTIERREZ
                     UNITED STATES DISTRICT JUDGE