UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETH GYAMFI,<br><br>        Petitioner,<br><br>    v.<br><br>DEBRA DEXTER,<br><br>        Respondent. | CASE NO. EDCV 08-01154 PSG (SS)<br><br>**JUDGMENT** |

    Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: December 3, 2008

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE